PROB 12B
(4/17)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dashon Richardson                               Cr.: 13-00230-001
                                                                  PACTS #: 66780

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/25/2014

Original Offense:    18 U.S.C. § 2119: Motor Vehicle Theft - Carjacking

Original Sentence: 45 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment -$100, Restitution - $76,101.81, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Mental Health Treatment, New Debt Restrictions

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/29/2016

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITHOUT weekend privileges)**

You must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will not be eligible for weekend privileges. Subsistence is waived to allow Mr. Richardson the opportunity to save money if he is employed.

## CAUSE

On September 29, 2018, Dashon Richardson was arrested by members of New York State Police in Whitney Point New York and charged with criminal impersonation, possession of synthetic marijuana, criminal possession of a controlled substance, speeding violation, operating a motor vehicle by an unlicensed driver, and not wearing a seatbelt. Richardson pled guilty to Criminal impersonation-2nd, a misdemeanor and was sentenced to time served. The remaining charges were dismissed.

Respectfully submitted,

*LRG (for PO Maria Goodwater)*

By: Maria Goodwater
U.S. Probation Officer
Date: 10/18/2018

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☑ The Modification of Conditions as Noted Above (as recommended by Probation)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

11 / 1 / 2018
Date

PROB 49
(4/17)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITHOUT weekend privileges)**

You must reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will not be eligible for weekend privileges. Subsistence is waived to allow Mr. Richardson the opportunity to save money while he is employed.

Witness: _____  Signed: _____
U.S. Probation Officer              Probationer or Supervised Releasee
Maria Goodwater                     Dashon Richardson

_____10-31-15_____
Date